IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01352-WYD-KLM

ALLSTATE INSURANCE COMPANY,

    Plaintiff,

v.

JUAN BARRIOS,
ZORANNA MARTINEZ,
OSWALDO VILLALOBOS, a/k/a Ricardo Ferrias,
JOHN M. TORRES,
TOBA TRANSPORTATION SERVICES, LLC, a/k/a, Colorado Express Transportation,
LOS PAISANOS AUTOBUSES, INC., a/k/a Mexico Lindo Transportation,
URIEL CHAVIRA,
JOE CHAVIRA,
TRINIDAD GRANADOS, a/k/a Trevis Granados, individually and as executor of the Estate of Ramona Granados,
RAMONA BERMUDEZ-MARTINEZ,
JOES MARTINEZ ESPARAZA,
MIA GARCIA MARTINEZ,
ERARISTO (EVARISTO) MARTINEZ,
MANUEL GARCIA,
GUADALUPE MARTINEZ,
ELLOY MARTINEZ, and
ELIZAR MARTINEZ, a/k/a Eleazar Martinez,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Stay or Cancellation of Scheduling Conference** [Docket No. 54; Filed December 30, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Conference currently set for January 7, 2009 is **VACATED**, and will be reset by the Court if necessary.

    Dated: January 6, 2009