IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01352-WYD-KLM

ALLSTATE INSURANCE COMPANY,

    Plaintiff,

v.

JUAN A. BARRIOS;
ZORANA MARTINEZ;
OSWALDO VILLALOBOS, a/k/a Ricardo Ferrias;
JOHN M. TORRES;
TOBA TRANSPORTATION SERVICES, L.L.C., a/k/a Colorado Express Transportation;
LOS PAISANOS AUTOBUSES, INC., a/k/a Mexico Lindo Transportation;
URIEL CHAVIRA;
JOE CHAVIRA;
TRINIDAD GRANADOS, a/k/a Trevis Granados, individually and as executor of the estate of Ramona Granados;
RAMONA BERMUDEZ-MARTINEZ;
JOSE MARTINEZ ESPARAZA;
MIA GARCIA MARTINEZ;
ERARISTO (EVARISTO) MARTINEZ;
MANUEL GARCIA;
GUADALUPE MARTINEZ;
ELOY MARTINEZ; and
ELIZAR MARTINEZ, a/k/a Eleazar Martinez,

    Defendants.

---

**ORDER RE: MOTION FOR ENTRY OF FINAL JUDGMENT AGAINST
LOS PAISANOS AUTOBUSES, INC., A/K/A MEXICO LINDO
TRANSPORTATION AND URIEL CHAVIRA A/K/A JOE CHAVIRA**

---

The Court, having reviewed Plaintiff's Motion for Entry of Final Judgment as to Los Paisanos Autobuses, Inc., a/k/a Mexico Lindo Transportation and Uriel Chavira a/k/a Joe Chavira, and being fully advised therein, finds that:

The parties have entered into a stipulation regarding Defendants' Confession, and the parties are entitled to relief as follows:

1. The automobile accident that gives rise to this declaratory judgment action occurred on January 28, 2006.

2. Prior to the accident, Allstate issued a policy of personal automobile insurance (the auto policy) to Zorana Martinez and Juan Barrios under Policy No. 0 87 644599 07-02 and a personal umbrella policy to Zorana Martinez and Juan Barrios under Policy No. 9 17 79903 11/19. The auto policy identifies a 2000 Ford Van Econo Wagon for personal use under the personal auto policy.

3. Mr. Barrios and Ms. Martinez went on to use the Ford Econo Wagon for a commercial pursuit, namely for commercial transportation. On January 28, 2006, Defendant Oswaldo Villalobos a/k/a Ricardo Ferrias was driving the Ford Van Econo Wagon when an accident occurred while in Ottawa County, Kansas, along U.S. Highway 81 at approximately mile marker 168, wherein Defendant Villalobos failed to maintain control of the vehicle, causing a single vehicle accident.

4. In this declaratory judgment action, among other claims, Plaintiff asks the Court for a declaration that it has no obligation to indemnify or defend Defendants Los Paisanos Autobuses, Inc., a/k/a Mexico Lindo Transportation and Joe Uriel Chavira (sued herein as Joe Chavira and Uriel Chavira) against claims brought by Trinidad Granados individually,

and as executor of the estate of Ramona Granados, in civil action No. # 07 CV 27 filed in Ottawa County District Court in Kansas and/or any other injured person or passenger and/or any other claim arising out of this event.

5. The purpose of this declaratory judgment action is to have the court determine as a matter of law that Allstate had no obligation to defend and indemnify any individual or entity named as a Defendant in civil action # 07 CV 27 filed in Ottawa County District Court in Kansas, filed by Trevis Granados, individually and as executor of the estate of Ramona Granados, nor in any other civil action that has been brought or may be brought in the future related to the accident referenced in paragraphs 1-3, above.

6. In response to Plaintiff's Complaint, Defendants Los Paisanos Autobuses, Inc., a/k/a Mexico Lindo Transportation and Joe Uriel Chavira filed an Answer to the Declaratory Judgment Action on July 21, 2008.

7. After the Rule 26(f) planning conference was held between the undersigned counsel, Defendants Los Paisanos Autobuses, Inc., a/k/a Mexico Lindo Transportation and Joe Uriel Chavira have agreed that there is no liability coverage available to them under any Allstate policy and that they are not entitled to any defense or indemnification from the policies referenced above.

8. Defendants Los Paisanos Autobuses, Inc., a/k/a Mexico Lindo Transportation and Joe Uriel Chavira stipulate and agree that judgment may be entered against them and in favor of Allstate on all claims set forth in this declaratory action and on all claims asserted by them and against Allstate in this action.

9. Defendants Los Paisanos Autobuses, Inc., a/k/a Mexico Lindo Transportation and Joe Uriel Chavira further stipulate that they will make no claims against Allstate for any injuries, and that they will not seek to or agree to assign any such claims to other persons or parties who may seek recovery against Allstate arising out of the events underlying this action.

10. Finally, Defendants Los Paisanos Autobuses, Inc., a/k/a Mexico Lindo Transportation and Joe Uriel Chavira have not and will not in the future file any claim for indemnification, defense or subrogation against Allstate pertaining to the accident referenced in Paragraphs 1-3, above.

11. Plaintiff stipulates it will not seek reimbursement of attorneys fees and costs from Defendants Los Paisanos Autobuses, Inc., a/k/a Mexico Lindo Transportation and Joe Uriel Chavira incurred in this Declaratory Judgment.

Based on the foregoing, it is

ORDERED that Plaintiff's Motion for Entry of Final Judgment based on the terms set forth above is **GRANTED**. The Clerk of Court shall enter judgment in favor of Plaintiff Allstate Insurance Company and against Defendants Los Paisanos Autobuses,

Inc., a/k/a Mexico Lindo Transportation and Joe Uriel Chavira (sued as Joe Chavira and Uriel Chavira) as to the claims in Plaintiff's Complaint for Declaratory Relief, consistent with the terms set forth herein.

    Dated:  April 16, 2009

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Chief United States District Judge