IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01352-WYD-KLM

ALLSTATE INSURANCE COMPANY,

    Plaintiff,

v.

JUAN A. BARRIOS;
ZORANA MARTINEZ;
OSWALDO VILLALOBOS, a/k/a Ricardo Ferrias;
JOHN M. TORRES;
TOBA TRANSPORTATION SERVICES, L.L.C., a/k/a Colorado Express Transportation;
LOS PAISANOS AUTOBUSES, INC., a/k/a Mexico Lindo Transportation;
URIEL CHAVIRA;
JOE CHAVIRA;
TRINIDAD GRANADOS, a/k/a Trevis Granados, individually and as executor of the estate of Ramona Granados;
RAMONA BERMUDEZ-MARTINEZ;
JOSE MARTINEZ ESPARAZA;
MIA GARCIA MARTINEZ;
ERARISTO (EVARISTO) MARTINEZ;
MANUEL GARCIA;
GUADALUPE MARTINEZ;
ELOY MARTINEZ; and
ELIZAR MARTINEZ, a/k/a Eleazar Martinez,

    Defendants.

---

**ORDER RE: MOTION FOR ENTRY OF FINAL JUDGMENT AGAINST
JUAN A. BARRIOS; ZORANA MARTINEZ; AND TOBA TRANSPORTATION
SERVICES, L.L.C., a/k/a COLORADO EXPRESS TRANSPORTATION**

---

The Court, having reviewed Plaintiff's Motion for Entry of Final Judgment as to

Juan A. Barrios; Zorana Martinez; and Toba Transportation Services, L.L.C., a/k/a

Colorado Express Transportation; and being fully advised therein, finds that:

The parties have entered into a stipulation regarding Defendant's Confession, and the parties are entitled to relief as follows:

1. The automobile accident that gives rise to this declaratory judgment action occurred on January 28, 2006.

2. Prior to the accident, Allstate issued its policy of personal automobile insurance (the auto policy) to Zorana Martinez and Juan Barrios under Policy No. 0 87 644599 07-02 and a personal umbrella policy to Zorana Martinez and Juan Barrios under Policy No. 9 17 79903 11/19. The auto policy identifies a 2000 Ford Van Econo Wagon for personal use under the personal auto policy.

3. Mr. Barrios and Ms. Martinez went on to use the Ford Econo Wagon for a commercial pursuit, namely for commercial transportation under a business known as Toba Transportation Services, L.L.C. a/k/a Colorado Express Transportation.  Toba Transportation Services, L.L.C. a/k/a Colorado Express Transportation was dissolved on November 5, 2007. On January 28, 2006, Defendant Oswaldo Villalobos a/k/a Ricardo Ferrias was driving the Ford Van Econo Wagon with Defendant Barrios' permission when an accident occurred while in Ottawa County, Kansas, along U.S. Highway 81 at approximately mile marker 168, wherein Defendant Villalobos failed to maintain control of the vehicle, causing a single vehicle accident.

4. In this declaratory judgment action, Plaintiff asks the Court for a declaration that it has no obligation to indemnify or defend Defendants Oswaldo Villalobos, Juan A. Barrios and Zorana Martinez against claims by Trinidad Granados individually, and as executor of the estate of Ramona Granados, and/or any other injured person or passenger and/or any other claim arising out of this event. Allstate also requests that this Court issue an Order directing Defendants Oswaldo Villalobos, Juan A. Barrios and Zorana Martinez to reimburse Allstate for all costs and fees expended in the defense of the civil suit pending in Ottawa County District Court, Kansas, Case No. 07 CV 27 against Defendants Oswaldo Villalobos, Juan A. Barrios and Zorana Martinez.

5. In response to Plaintiff's Complaint, Defendants Juan A. Barrios and Zorana Martinez filed an Answer and Counterclaims again Allstate Insurance Company on August 28, 2008.

6. Despite having filed said Answer and Counterclaims, Defendants Barrios and Martinez now admit all allegations in the Complaint.  Defendants Barrios and Martinez admit that there is no liability coverage available to them under any Allstate policy and that they are not entitled to any defense or indemnification from the policies referenced above.

7. Defendants Barrios and Martinez also seek to withdraw all counterclaims filed against Allstate insurance Company.

8. Defendants Barrios and Martinez stipulate and agree that judgment may be entered against them and in favor of Allstate on all claims set forth in this declaratory action and on all claims asserted by them and against Allstate in this action and that Allstate may immediately request that the defense counsel retained to represent them in the action pending in Kansas may be directed to withdraw from such representation and that they will make no objection to such withdrawal.

9. Defendants Barrios and Martinez further stipulate that they will make no claims against Allstate for any injuries damages or losses that have or may occur as a result of the resolution of this declaratory action, the handling of the defense of their claims in the Kansas litigation or the withdrawal of that defense, and that they will not seek to or agree to assign any such claims to other persons or parties who may seek recovery against Allstate arising out of the events underlying this action.

10. Plaintiff stipulates it will not seek reimbursement of attorneys fees and costs from Juan A Barrios and Zorana Martinez incurred in this Declaratory Judgment action or in civil action # 07 CV 27 filed in Ottawa County District Court in Kansas.

Based on the foregoing, it is

ORDERED that Plaintiff's Motion for Entry of Final Judgment based on the terms set forth above is **GRANTED**. The Clerk of Court shall enter judgment in favor of Allstate Insurance Company and against Juan A. Barrios; Zorana Martinez; Toba

Transportation Services, L.L.C., a/k/a Colorado Express Transportation as to all claims and counterclaims asserted in this action, consistent with the terms set forth herein.

Dated: April 16, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge