IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01352-WYD-KLM

ALLSTATE INSURANCE COMPANY,

     Plaintiff,

v.

JUAN A. BARRIOS;
ZORANA MARTINEZ;
OSWALDO VILLALOBOS, a/k/a Ricardo Ferrias;
JOHN M. TORRES;
TOBA TRANSPORTATION SERVICES, L.L.C., a/k/a Colorado Express Transportation;
LOS PAISANOS AUTOBUSES, INC., a/k/a Mexico Lindo Transportation;
URIEL CHAVIRA;
JOE CHAVIRA;
TRINIDAD GRANADOS, a/k/a Trevis Granados, individually and as executor of the estate of Ramona Granados;
RAMONA BERMUDEZ-MARTINEZ;
JOSE MARTINEZ ESPARAZA;
MIA GARCIA MARTINEZ;
ERARISTO (EVARISTO) MARTINEZ;
MANUEL GARCIA;
GUADALUPE MARTINEZ;
ELOY MARTINEZ; and
ELIZAR MARTINEZ, a/k/a Eleazar Martinez,

     Defendants.

---

## ORDER RE: MOTION FOR ENTRY OF FINAL JUDGMENT
## AGAINST ERARISTO (EVARISTO) MARTINEZ

---

The Court, having reviewed Plaintiff's Motion for Entry of Final Judgment as to

Eraristo (Evaristo) Martinez and being fully advised therein, finds that:

Defendant Eraristo (Evaristo) Martinez has been regularly served with process.

He has failed to appear and answer Plaintiff's complaint filed in this action.  An entry of

default has been entered against this Defendant by the Clerk of Court, and it appears to

the Court that Plaintiff is entitled to judgment.  Accordingly, it is

ORDERED that Plaintiff's Motion for Entry of Final Judgment is **GRANTED** as to

Eraristo (Evaristo) Martinez pursuant to FED. R. CIV. P. 55(b)(1).  The Clerk of Court

shall enter a default judgment in this case in favor of Plaintiff and against Defendant

Eraristo (Evaristo) Martinez on Plaintiff's claims in the Complaint for Declaratory Relief.

Dated:  April 16, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge